AUSA: Barbara Lanning Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Joshua Loy Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
El Hadji-Losany Doumbouya

. Case: 2:26−mj−30656
Assigned To : Unassigned
Assign. Date : 10/19/2026
Description: SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 15, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Joshua Loy, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 19, 2026

City and state: Detroit, MI

Hon. Kimberly J. Altman U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# Affidavit in Support of Criminal Complaint

1. I, Special Agent Joshua Loy, being first duly sworn, hereby state:

## Introduction

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been an ATF Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives since June 2018. I have a master's degree in criminal justice, and I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator School and ATF's Special Agent Basic Training school.

4. I have participated in numerous investigations involving narcotics trafficking, firearms, robberies, assaults, homicides, and

criminal street gangs. I have been the affiant on numerous federal search warrants and federal criminal complaints.

5. I am currently assigned to the ATF Detroit Field Division, Ann Arbor Field Office, which is responsible for conducting investigations related to the illegal use and/or possession of firearms, armed drug trafficking, and organized crime. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. Rather, I have set forth a summary of the investigation to date to establish that El-Hadji Losany DOUMBOUYA has violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**Probable Cause**

6. On October 15, 2026, members of the Canton Police Department, Michigan State Police, and ATF executed a state search warrant at a residence on Robindale Drive in Ypsilanti, Michigan. The search warrant related to an ongoing conspiracy to commit murder investigation stemming from the non-fatal shooting of a 1-year-old child.

7. After entering the residence, law enforcement encountered

DOUMBOUYA and three other adults inside. Officers identified a bedroom upstairs as being utilized by DOUMBOUYA. DOUMBOUYA was the only convicted felon inside the residence.

8. Once the residence was secured, law enforcement found a Micro Draco semi-automatic pistol, loaded with approximately 30 live rounds of 7.62 caliber ammunition hidden on the floor of the bathtub in the upstairs bathroom, located across the hall from DOUMBOUYA's bedroom.





9. In DOUMBOUYA's bedroom, law enforcement found a Glock magazine for a .45 caliber pistol and four live rounds of .45 caliber Hornady hollow point ammunition in the nightstand.

10. On October 17, 2026, I received verbal confirmation from

ATF Special Agent Dustin Hurt, an Interstate Nexus Firearms expert, that the Micro Draco is a firearm as defined under 18 U.S.C. § 921. He also advised that the firearm and .45 caliber ammunition was manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

11. Affiant conducted a comprehensive criminal history (CCH) query in LEIN which revealed DOUMBOUYA has felony convictions for carrying concealed weapons. As a felon, DOUMBOUYA is prohibited from possessing firearms. DOUMBOUYA was charged with being a felon in possession of a firearm in 2024, although the charge was later dismissed.

## Conclusion

12. Based on this information, probable cause exists that DOUMBOUYA violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) within the Eastern District of Michigan on October 15, 2026.

Respectfully submitted,

Joshua Loy
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE Kimberly J. Altman
United States Magistrate Judge

Date: October 19, 2026